the Board of Water Commissioners of the Manhasset-Lakeville Water District in the Town of North Hempstead, Nassau County, New York, and KENELMN H. EDEN and Others, Constituting the Board of Fire Commissioners of the Manhasset-Lakeville Fire District in the Town of North Hempstead, Nassau County, New York, MANHASSET-LAKEVILLE WATER DISTRICT, MANHASSET-LAKEVILLE FIRE DISTRICT, and JOHN MORGAN, INC., Appellants, and BERNARD BEYER, Defendant.— Action to recover for personal injuries suffered by the three infant plaintiffs as a consequence of the collision of an automobile owned and operated by defendant John Morgan, Inc., with a fire truck owned and operated by defendant Manhasset-Lakeville Water District and Manhasset-Lakeville Fire District at an intersection of Northern boulevard and Wensley drive in Nassau county. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

FERDINAND REINEKING, JR., etc., Respondent, v. EMBRO REALTY CORP., Appellant; CHARLES RYAN and Others, Defendants.— In an action to foreclose a mortgage, order striking out the answer as sham and frivolous and granting summary judgment modified by denying the motion for summary judgment as against the appealing defendant, and leaving in the answer the denials therein but striking out the affirmative defense and counterclaim. As so modified, the order is affirmed, without costs. The granting of the motion to strike out the defense and counterclaim does not warrant the granting of summary judgment in plaintiff's favor. The answer still contains specific denials, and those raise triable issues as to the amount of payments, if any, made on the mortgage to the testator. As to such issues there may be a trial before the court or a referee. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

FERDINAND REINEKING, JR., etc., Respondent, v. EMBRO REALTY CORP., Appellant; ELIZABETH ALBRIGHT and Others, Defendants.— In an action to foreclose a mortgage, order striking out the answer as sham and frivolous and granting summary judgment modified by denying the motion for summary judgment as against the appealing defendant, and leaving in the answer the denials therein but striking out the affirmative defense and counterclaim. As so modified, the order is affirmed, without costs. The granting of the motion to strike out the defense and counterclaim does not warrant the granting of summary judgment in plaintiff's favor. The answer still contains specific denials, and those raise triable issues as to the amount of payments, if any, made on the mortgage to the testator. As to such issues there may be a trial before the court or a referee. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

SOPHIA ROSENBERG and NATALIE KELLERMAN, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Appeal from an order of the Appellate Term affirming a judgment of the City Court of the City of New York, County of Kings, in favor of plaintiffs, in an action to recover the purchase price of a mortgage certificate, with interest, after rescission on the ground of fraud. The only questions raised in this court were the lack of proper tender of the certificate and the ratification of the sale by subsequent acts of the plaintiff Kellerman. These were questions of fact. (*Vail* v. *Reynolds*, 118 N. Y. 297; *Insurance Co.* v. *McCain*, 96 U. S. 84; *McNeilly* v. *Continental Life Ins. Co.*, 66 N. Y. 23; *Adair* v. *Brimmer*, 74 id. 539, 554; *Pryor* v. *Foster*, 130 id. 171, 176, 177; *Whipple* v. *Prudential Ins.*